THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROSS ISLAND SAND & GRAVEL CO., an Oregon corporation, <br><br> Defendant. | NO.  C18-00465-TSZ <br><br> DEFAULT JUDGMENT |

## Summary of Default Judgment

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Ross Island Sand & Gravel Co. |
| Principal Judgment Amount | $57,596.81 |
| Liquidated Damages | $11,519.36 |
| Interest to Date of Judgment: | $483.93 |
| Attorneys' Fees: | $694.45 |
| Costs: | $449.50 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Two and forty-two hundredths of a percent (2.42%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

Plaintiff's motion for default judgment, docket no. 8, is GRANTED as follows.

Plaintiff is awarded default judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 81,

162 and 305, with which Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period January 2018 through April 2018:  for contributions of $57,596.81, for liquidated damages of $11,519.36, for pre-judgment interest of $483.93, for attorneys' fees of $694.45, and for costs of $449.50, all for a total of $70,744.05, together with interest from June 8, 2018, until paid in full, at the rate set forth in 28 U.S.C. § 1961, specifically 2.42% per annum.

DATED this 3rd day of August, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff